

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

UNITED STATES OF AMERICA,

v.                                      CRIMINAL NO. 4:07cr45

ANTHONY SCOTT, JR.

          Defendant.

## ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT AND NOTICE OF SENTENCING

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the defendant to Counts One, Three and Five of the indictment is now ACCEPTED and the defendant is ADJUDGED GUILTY of such offense. Sentencing is hereby scheduled for September 27, 2007, at 10:00 a.m.

The Clerk is DIRECTED to forward a copy of this Order to counsel for defendant and to the Assistant United States Attorney.

IT IS SO ORDERED.

                                         /s/
                                Rebecca Beach Smith
                                United States District Judge
                                Rebecca Beach Smith
                                UNITED STATES DISTRICT JUDGE

Norfolk Virginia

_August 17_, 2007